# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

FLOYD'S 99 HOLDINGS, LLC,
a Colorado limited liability company,

    Plaintiff,

vs.

JUDE'S BARBERSHOP, INC.,
JUDE'S BARBERSHOP – OTTAWA, INC.,
JUDE'S BARBERSHOP – CASCADE, INC.,
JUDE'S BARBERSHOP – KALAMAZOO, INC.,
JUDE'S BARBERSHOP – LANSING DT, INC.,
JUDE'S BARBERSHOP – LANSING, INC.,
JUDE'S BARBERSHOP – PORTAGE, INC.,
Michigan corporations, and
JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC,
JBI-WEALTHY, LLC,
JBI-STANDALE, LLC,
JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC,
Michigan limited liability companies, and
THOMAS MARTIN,

    Defendants.

Case No. 2:12-CV-14696-GER-PJK

Hon. Gerald E. Rosen

**PLAINTIFF'S FINAL LIST OF TRIAL WITNESSES**

    Plaintiff, Floyd's 99 Holdings, LLC, through undersigned counsel, submits the following final list of trial witnesses:

    1.    Paul O'Brien

    2.    Karen O'Brien

    3.    Dan McNamee

4.  Robert O'Brien
5.  William O'Brien
6.  Gerard Laurenza
7.  Daniel Snider
8.  Jane Lynn VanderLaan
9.  Stacey Patulski
10. Sharleen Clements
11. Joni Laskie
12. Monica Favano
13. Stephanie Kozdron
14. Joe Zemla
15. Su Zemla
16. Brian Whitfield
17. Amy Hunn
18. Pete Vercellin
19. Thomas Martin
20. Megan Clark
21. Kelly Bennema
22. Wade Weigel
23. Katie Trent
24. Any witness endorsed by Defendants

The available contact information and subject matter of the witnesses' testimony has previously been set forth in Plaintiff's Rule 26(a)(1), Fed.R.Civ.P. Disclosures and discovery responses, including depositions.

Dated this 29th day of January 2014.

        Respectfully submitted,

    *s/ Jeffrey J. Cowman*
BALLARD SPAHR LLP
Jeffrey J. Cowman
1225 17th Street, Suite 2300
Denver, CO  80202
Telephone:  303-292-2400
Fax:  303-296-3956
Email:  cowmanj@ballardspahr.com

      -and-

James Moskal
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI  49503-2487
Telephone:  616-752-2164
Fax:  616-222-2164
Email:  jmoskal@wnj.com

**ATTORNEYS FOR PLAINTIFF, FLOYD'S 99 HOLDINGS, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2014, I served a true and correct copy of the foregoing **PLAINTIFF'S FINAL LIST OF TRIAL WITNESSES** via the Court's CM/ECF electronic filing system, which will send notification of same to the following:

James A. Jablonski, Esq.
1801 Broadway, Suite 1100
Denver, CO  80202

Timothy F. Casey, Esq.
Julie E. Nichols, Esq.
COLLINS EINHORN FARRELL
4000 Town Center, Suite 909
Southfield, MI  48075-1473

**Attorneys for Defendants**

                                                         _s/  Darlene D. Dethlefs_
                                                         Darlene D. Dethlefs