UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FLOYD'S 99 HOLDINGS, LLC,
a Colorado limited liability company,

    Plaintiff,

vs.

JUDE'S BARBERSHOP, INC.,
JUDE'S BARBERSHOP – OTTAWA, INC.,
JUDE'S BARBERSHOP – CASCADE, INC.,
JUDE'S BARBERSHOP – KALAMAZOO, INC.,
JUDE'S BARBERSHOP – LANSING DT, INC.,
JUDE'S BARBERSHOP – LANSING, INC.,
JUDE'S BARBERSHOP – PORTAGE, INC.,
Michigan corporations, and
JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC,
JBI-WEALTHY, LLC,
JBI-STANDALE, LLC,
JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC,
Michigan limited liability companies, and
THOMAS MARTIN,

    Defendants.

Case No. 2:12-CV-14696-GER-PJK

Hon. Gerald E. Rosen

ORDER GRANTING SUBSITUTION OF COUNSEL

THE COURT, having considered the Stipulated Substitution of Counsel submitted by Jeffrey J. Cowman and James Moskal, as counsel for Plaintiff Floyd's 99 Holdings, LLC, and being otherwise fully advised in

DMWEST #10351936 v1

the premises, HEREBY ORDERS, ADJUDGES AND DECREES: Said Stipulation is approved, and Jeffrey J. Cowman shall be allowed to withdraw as counsel for Plaintiff, and James Moskal shall continue as counsel for Plaintiff herein.

Dated this 30th day of June, 2014.

> s/Gerald E. Rosen
> Gerald E. Rosen
> Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon parties and/or counsel of record on this 30th day of June, 2014, by electronic and/or ordinary mail.

> s/Julie Owens
> Case Manager, (313) 234-5135