# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FLOYD'S 99 HOLDINGS LLC                    Case No. 2:12-CV-14696-GER-PJK

    Plaintiff

                                      Hon. Gerald E. Rosen
v                                          Magistrate Judge Paul J. Komives

JUDE'S BARBERSHOP, INC., et al

    Defendants.
_____/

## **APPEARANCE**

Homayune A. Ghaussi of the law firm of Warner Norcross & Judd LLP hereby enters his appearance as counsel for and on behalf of Plaintiff Floyd's 99 Holdings, LLC in the above-entitled action.

Dated:  July 31, 2014          */s/  Homayune A. Ghaussi*
                                         Homayune A. Ghaussi  (P63028)
                                         WARNER NORCROSS & JUDD LLP
                                         2000 Town Center, Suite 2700
                                         Southfield, MI 48075
                                         Telephone:  (248) 784-5139
                                         hghaussi@wnj.com
                                         *Attorney for Plaintiff*

10936412-1

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2014, I electronically filed the above Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel registered electronically.

*/s/ Homayune A. Ghaussi*
Homayune A. Ghaussi  (P63028)

10936412-1