UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Floyd's 99 Holdings LLC,

                    Plaintiff(s),

v.                                            Case No. 2:12–cv–14696–GER–PJK
                                              Hon. Gerald E. Rosen

Jude's Barbershop, Inc., et al.,

                    Defendant(s),

_____

### NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Gerald E. Rosen at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 730, Detroit, Michigan, for the following proceeding(s):

   • FINAL PRETRIAL CONFERENCE:  September 11, 2014 at 10:00 AM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/J. Owens_____
                                  Case Manager

Dated:   August 27, 2014