UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FLOYD'S 99 HOLDINGS, LLC,** a Colorado limited liability company, | ) Hon. Gerald E. Rosen<br>) Referred to Hon. Paul J. Komives<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) Case No.: 2:12-cv-14696-GER-PJK |
| **JUDE'S BARBERSHOP, INC., et al.,** | )<br>)<br>) |
| Defendants. | |

_____

**ENTRY OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Elizabeth H. Getches of Moye White LLP enters her appearance as counsel of record for Plaintiff, Floyd's 99 Holdings, LLC, and requests that all pleadings, together with notice of all hearings or actions in this case, be sent to her at:

Elizabeth H. Getches, Esq.
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1486
liza.getches@moyewhite.com

02118994.1

DATED this 27th day of August, 2014.

                    Respectfully submitted,

*s/ Elizabeth H. Getches*
William F. Jones CO #35294
Elizabeth H. Getches, #34898
Moye White LLP
16 Market Square, 6th Floor
1400 Sixteenth Street
Denver Colorado 80202-1486
Telephone:  303 292 2900
FAX:  (303) 292-4510
liza.getches@moyewhite.com

*ATTORNEYS FOR PLAINTIFF*

2

02118994.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Jeffrey J. Cowman<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202<br>cowmanj@ballardspahr.com<br><br>*Attorneys for Plaintiff* | James Moskal<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487<br>jmoskal@wnj.com<br><br>*Attorneys for Plaintiff* |
| Homayune A. Ghaussi<br>Warner, Norcross,<br>2000 Town Center<br>Suite 2700<br>Southfield, MI 48075-1318<br>hghaussi@wnj.com<br><br>*Attorneys for Plaintiff* | James A. Jablonksi<br>Law Offices of James A. Jablonski<br>1801 Broadway, Suite 1100<br>Denver, CO 80202<br>jim@jablonski-law.com<br><br>*Attorneys for Defendants* |

Timothy F. Casey
Julie E. Nichols
Collins, Einhorn, Farrell & Ulanoff, PC
4000 Town Center, Suite 909
Southfield, MI 48075-1473
Timothy.casey@ceflawyers.com
Julie.Nichols@ceflawers.com

*Attorneys for Defendants*


                              *s/ Deanna S. Colvin*

02118994.1