*Floyd's 99 Holdings, LLC v Jude's Barbershop, Inc., et al*
U.S.D.C. Eastern District of Michigan C.A. No. 2:12-cv-14696

## INDEX OF EXHIBITS

1. Complaint - *Floyd's 99 Holdings, LLC v Jude's Barbershop, Inc., et al*.

2. Settlement Agreement Points

3. Plaintiff's claimed trademark

4. Email exchanges among counsel

5. Emails exchanges among counsel

6. Joint Final Pretrial Order

7. *Starr v United Debt Holding, LLC*, 2013 WL 4041688 (W.D. Mich. August 8, 2013) (unpublished)

8. *In re Estate of Knopf*, 2003 WL 356430 (Mich. Ct. App. February 14, 2003) (unpublished)

9. *Rose v. Kroger Co.*, 201 F.3d 441, 1999 WL 1252896 (6th Cir. 1999)

10. *Faustina v. Town Ctr.*, No. 311385, 2014 WL 3887191 (Mich. Ct. App. Aug. 7, 2014)

11. *Thies v Life Ins Co of N Am*, 2013 WL 6800675 (W.D. Ky. December 20, 2013) (unpublished)

12. *Michigan Reg'l Council of Carpenters v. New Century Bancorp, Inc.*, 99 F. App'x 15 (6th Cir. 2004)