# EXHIBIT 2

2:12-cv-14696-GER-PJK   Doc # 49-3   Filed 02/11/15   Pg 1 of 3   Pg ID 418

## Settlement Agreement Points:

① Jude's will execute a license for each of their 24 locations for one year, for $1,250.00 each, payable within 10 days of execution.

② At the end of one year, Jude's will have completed the substitution of murals for a poster wall. The murals will not resemble the poster wall and will resemble the exemplars attached to the settlement agreement. In the future, Judes may make additional changes so long as there is no infringement.

③ Jude's will remove poster wall depictions from online advertising and license will only be for in-store use within 6 weeks.

④ Any Jude's not completed in the year will be shut down and Jude's will pay $25,000 as a liquidated damages/penalty.

⑤ During term of license, Jude's will stay in counties that they are presently in. No geographic limitation after 1 year is over.

⑥ Parties execute formal settlement agreement and license.

⑦ Each party bears own attorney fees and costs

8) Case Dismissed with prejudice following execution of documents and payments of money.

9) All documents drafted or executed in 3 weeks

10) Jude's certify they have removed/changed horizontal signs, vapor lock lighting, pendant bulbs and no stainless steel cantilevers/cutouts. Toolboxes OK.

11) Ins. lawsuit dismissed + Liberty will withdraw reservation of rights on coverage issues. No costs or atty fees.

~~10) Confidential, except for~~

12) Neither parties issue press release or post to website or advertising about this settlement

~~13.~~

Karen O'Brian, VP Torgels

Elle Martin, Treasurer

Judes Barbershops Inc          William F. Jones

James A Jablowski