# EXHIBIT 3

# The United States of America

## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

**To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



Director of the United States Patent and Trademark Office

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,467,850
Registered July 15, 2008

## SERVICE MARK
## PRINCIPAL REGISTER



FLOYD'S 99 HOLDINGS, LLC (COLORADO LTD LIAB CO)
4333 CHEROKEE STREET
DENVER, CO 80216

FOR: BARBER SHOP AND BEAUTY AND HAIRDRESSING SALON SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 2-20-2001; IN COMMERCE 2-20-2001.

THE MARK CONSISTS OF THE DESIGN OF THE INTERIOR OF A BARBERSHOP ENCOMPASSING VAPOR LOCK LIGHTS IN METAL CAGES, PENDANT LIGHTING WITH EXPOSED BULBS, MECHANIC'S TOOL BOXES, STAINLESS STEEL COUNTERTOPS WITH CUT-INS AND CUT-OUTS, A VERTICAL WALL SIGN, AND A DISPLAY WALL FOR DISPLAYING MUSIC THEMED POSTERS. THE FEATURES SHOWN IN DOTTED LINES ARE NOT CLAIMED AS PART OF THE MARK AND ARE INTENDED ONLY TO SHOW THE POSITION OF SUCH FEATURES.

SEC. 2(F).

SER. NO. 78-742,462, FILED 10-28-2005.

MARTHA FROMM, EXAMINING ATTORNEY