# EXHIBIT 1

the checkered floors. Just a fun place. Great vibe. And the owner was as cool as could be. If you ever find yourself in Emd, needing a haircut, definitely check out

AGREN BLANDO REPORTING

EXHIBIT
233

8-21-12

archive.buffalorising.com/story/unique_spaces_sammys_barber_sh

Workspace Webmail :: Mail Index :: B... | Buffalo Rising | Unique Spaces: Sam... | Gettingagain.xfer (JPEG Image, 1500 × 1... | Pandora Internet Radio - Listen to Fre...

12 hairdressing

# BUFFALO RISING ONLINE

Monday Edition

**SEARCH BUFFALO RISING ONLINE**

Search | Got News?

Username & Password

Username

Sign In | Quick Register

## Buffalo Rising is Changing

We're working on building a new buffalorising.com and we anticipate we'll be ready to launch it before the holidays. It's been nearly 2 years since we launched the current.
Continue Reading

**Front Page** | **City** | **Events** | **Art & Leisure** | **Yum!**

## Unique Spaces: Sammy's Barber Shop

Print | story story w/comments | Email This Article

Dec.23rd 2007 10:34am | By buffalorising

By BRO Contributor, Don Nieman

Sammy wanted a paper route but there were none available. So, at age 15, through a friend of his

---

SPONSOR

**Gregg Merilhan**
VP & Branch Manager

CHANNEL SPONSOR

The Gallery Shop

Albright-Knox Art Gallery

---

EXHIBIT
23/
8-31-12
AGREN BLANDO REPORTING



ASPEN BLAND REPORTING
EXHIBIT
252
8-21-12
PJ
Paul O'Brien

wdlpcs.com/blog/wp-content/uploads/2010/02/1-2048-1536-42b427dc-d6c0-47a7-8883-7d0ed56c.05.jpeg_blog_o(J:~)

Are we witnessing the establishment of a "state religion"?

## Barber shop

Posted on 11 February, 2014 by Fr. John Zuhlsdorf

Share [f]   ✔ Tweet  🔥 +1

0    0    [♥] Like

It is harder and harder to find a good old fashioned barber in an old fashioned barber shop.

I am glad to know one in St. Paul, MN near Grand and Fairview.



Email this post.

[M] + MORE

About Fr. John Zuhlsdorf

— [find me on the blogroll] —

[file size too big for a webshop —]

### Search Fr. Z's Blog

[                    ] [Search]

### YOUR COMMENTS

- Frances M said Jackie L, you asked "Why JFK?" Archbi...
- Imrahilontarn said "Although his administration's contraception...
- frjim4321 said Would agree with the author that we always need to...
- JKnott said Thank you for the clarification Gail F. It is mak...
- Bea said Voted never have, am thinking about it- There has...
- Will D. said Father related the story of St. Francis kissing th...
- skyplot——said Yesterday, I celebrated the occasion of my being m...
- Bea said danh.joe in Canada congratulations on your sons, w...
- Cafcom Froor said Regarding Dogma #3: I totally think Obama's...
- skyplot——said As a husband, father, Catholic, and seemingly the...
- Johnno said PostCatholic Secular Humanism is a religion. Chur...
- Gail F said About That video was made in 2010 and has nothing...

EXHIBIT
254
8-21-12 PM
ACKEN BLANDO REPORTING
[signature]

EXHIBIT
255
AGREN BLANDO REPORTING
8-21-12
Paul O'Brien





EXHIBIT
250
AGREN BONDO REPORTING
Paul O'Brien
8-31-12



Geoff Winningham, *Jerdy's Barber Shop, Port Arthur, Texas 2004,* Fuji Archive print (2007) from a 4x5 film negative. image size 15.25" x 19.75", uneditioned.

Again in *Jerdy's Barber Shop* we have the idea of things pinned to a wall that reflect (or create) identity—in this case, the identity of a place. This is the barber shop as a place for men (see Stuart Davis's *Men Without Women*). The *Playboy* centerfolds on the wall speak to that. What strikes me about both this photo and the previous one is that the person who owns the space (presumably Jerdy in this case) is a collector of images. This is something I relate to, and presumably something Winningham relates to as well. In fact, collectors of images include compulsive wall-coverers like Jerdy, photographers like Winningham, art critics like me, art collectors, and people with Pinterest accounts. We may not have a lot in common otherwise, but this image-gathering compulsion is an important 'Jerdy

EXHIBIT 257

ALDEN BLANDO REPORTING

# Photos

Home    News    Travel    Money    Sports    Life    Tech    Weather

## russell hiatt photos



1 of 1

Share this image:

By Laura Bly, USA TODAY
Tags: Floyd's City Barbershop, Russell Hiatt, Ron Didawick, Jan Didawick, Mount Airy, North Carolina
9/8/2010

Floyd's City Barbershop owner Russell Hiatt, right, gives visitor Ron Didawick a trim as his cousin Jan Didawick captures the moment. Hiatt, 86, claims to have tamed Andy Griffith's famously wavy mane before the actor moved away from his hometown of Mount Airy, N.C.

### More Photo Galleries:

USA TODAY galleries related to this gallery:
Floyd's City Barbershop
Jan Didawick
Mount Airy
North Carolina
Ron Didawick
Russell Hiatt

Contact us | Advertise | Pressroom | Media Lounge | Jobs | FAQ | Reprints/Permissions | Privacy Policy/Your California Privacy Rights | Terms of Service | Site Index

© 2012 USA TODAY, a division of Gannett Co. Inc.

http://mediagallery.usatoday.com/Russell+Hiatt

**The New York Times**

HOME PAGE | TODAYS PAPER | VIDEO | MOST POPULAR | U.S. Edition

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS
POLITICS   EDUCATION   TEXAS

# U.S.

MOUNT AIRY JOURNAL

# Inspiring Mayberry, and Then Becoming It

**Gov. Hickenlooper:**
Lead the pack and support
EPA Clean Air Protections.

**MOST EMAILED**     **RECOMMENDED FOR YOU**

**1** articles viewed recently     jim
                                    All Recommendations

Case 2:12-cv-14696-GER-PJK   ECF No. 54-2   filed 04/10/15   PageID.646   Page 15 of 40

2 of 6



Raymond McCrea Jones for The New York Times
Russell Hiatt, 89, lays claim to being the real barber who gave rise to the fictional Floyd the barber on 'The Andy Griffith Show.' More Photos »

**By KIM SEVERSON**
Published: June 21, 2013

MOUNT AIRY, N.C. — Marketing a small Southern town that has been repeatedly gut-punched by the economy requires the kind of drive and creativity that come only from desperation.

 

**Multimedia**

Mount Airy, a town of about 9,340 that hugs the Virginia border, has a history of economic agility. When the railroad came, it advertised itself as a healthy mountain retreat. When the tobacco barons put local growers out

FACEBOOK

TWITTER

GOOGLE+

SAVE

EMAIL

SHARE

PRINT

REPRINTS

        

1. Shooting Accounts Differ as Holder Schedules Visit to Ferguson

2. Militant Group Says It Killed American Journalist in Syria

3. National Guard Troops in Ferguson Fail to Quell Disorder

4. THE UPSHOT
   In One America, Guns and Diet, In the Other, Cameras and 'Zoolander'

5. 'Ice Bucket Challenge' Has Raised Millions for ALS Association

6. Obama Is Seen as Frustrating His Own Party

7. E-Bike Sales Are Surging in Europe

8. Autopsy Shows Michael Brown Was Struck at Least 6 Times

9. Don Pardo, the Voice of 'SNL,' Is Dead at 96

10. FRANK BRUNI
    The Trouble With Tenure

Go to Your Recommendations »
What's This? | Don't Show

Inspiring Mayberry, and Then Becoming It - NYTimes.com

http://www.nytimes.com/2013/06/22/us/in-north-carolina-inspiring-mayberry-and-then-beco...

of business, the town started spinning cotton into clothes and socks. When the textile plants shut down, it turned to Andy Griffith.

In 1990, Mount Airy began to transform itself into Mayberry, recreating on its main street the fictional setting of "The Andy Griffith Show." Mr. Griffith, who was born in Mount Airy, starred in the show as Sheriff Andy Taylor.

During its run, from 1960 to 1968, it was among the most popular shows in America, and it has been seen in reruns ever since.

A playhouse and a museum are dedicated to Mr. Griffith. At the Mayberry Motor Inn, a woman who looks something like Aunt Bee will show you the room that holds memorabilia from the estate of Frances Bavier, the actress who played her.

Visitors can tour the town in a vintage police car and eat soggy fried pork chop sandwiches at the Snappy Lunch, a real-life place that was mentioned once in the show. The third Friday of the month the actress Betty Lynn, who played Thelma Lou on the show and moved to Mount Airy from Los Angeles in 2007, signs autographs.

In 2010, the 50th anniversary of the show drew 50,000 people to the annual Mayberry Days festival, held each September.

But hard times seem just around the corner for the Mayberry strategy.

This year, organizers hope the festival will at least reach the 30,000 it has in other years. But that might be optimistic. Shopkeepers report that the number of visitors who wander the streets whistling the show's theme song, which is piped out from speakers, are definitely thinning.

It does not help that people connected to the show are dying. Last year, Mr. Griffith

### Side Show

A Town Reinvents Itself



**Connect With Us on Twitter**
Follow @NYTNational for breaking news and headlines.

Twitter List: Reporters and Editors

FROM THE AUTHOR OF
**MYSTIC RIVER**

**ELSEWHERE ON NYTIMES.COM**

Legal marijuana for parents, but not their kids

**Let's not forget about the scientific 7-minute workout**



Recipes for healthy, cool summer fish



The New York Times Store
Don't Miss Out on Exclusive Offers



died. So did George Lindsey, who played Goober. In January, the town lost Emmett Forrest, 85, Mr. Griffith's childhood friend and the force behind the town's embrace of the Mayberry way of life.

Even Russell Hiatt, the elderly barber who says he was the inspiration for the character Floyd, is moving slower, giving fewer and fewer trims as the months pass.

The question, then, becomes, how much longer can one little town rely on the gimmick?

"I think it's already coming to a halt," said Amanda Richardson, 24, who works at a cafe called Barney's on Main Street, not far from Opie's Candy Store. "My daughter isn't going to want to go somewhere to learn about Andy Griffith."

Few will argue that the town is going to have to come up with something else eventually.

"Nobody knows how long we can hold onto the name," said Becky Payne, 59, who was eating at Barney's recently. "It's wonderful we have Andy Griffith, but what else do we have here?"

Unemployment in Surry County has just dipped under 10 percent, but jobs remain hard to find. Spencer's, a major employer that once made baby clothes in a light blue factory in the center of town, closed in 2007. The nearby granite quarry has had rounds of layoffs.

There are other problems in a town that, to all appearances, seems as nice as they come. The police report a stubborn problem with illegal OxyContin use. In May, a man claiming to be from a nonexistent winery ran a fake raffle promising a Fiat. Dozens of people bought the $100 tickets. The police are still looking for him.

But Mount Airy remains undeterred. One thought is to continue to capitalize on vineyards in the Yadkin Valley springing up on old tobacco fields. Nearby wineries have increased to 35 from only 5 in 2002. That led to a new, somewhat debated, slogan: From Mayberry to Merlot. At the Chamber of Commerce, they hand out promotional corkscrews.

There are other attractions to build on, among them the colorful fall leaves, the annual fiddlers' festival and the nearby Blue Ridge Mountains.

Eng and Chang Bunker, the conjoined twins from Thailand whose plight brought about the term Siamese twins, settled in the area. They died in 1874 and are buried nearby. Between them they had 21 children, and their descendants hold an annual reunion in July that is open to the public.

But all in all, many people think the appeal of Mayberry is still the best bet.

"What is Mayberry?" asked the ever-buoyant Betty Ann Collins, president of the Greater Mount Airy Chamber of Commerce. "It's what's in your mind. It's that safe place you can come to so that you can escape. Who wouldn't want some of that?"

*This article has been revised to reflect the following correction:*

### *Correction: July 5, 2013*

*A map on June 22 with the Mount Airy Journal article, about efforts in that North Carolina town to transform it into Mayberry, the fictional town created by Mount Airy's native son, Andy Griffith, labeled incorrectly the state to the immediate west of Virginia. It is Kentucky, not West Virginia.*

A version of this article appears in print on June 22, 2013, on page A9 of the New York edition with the headline: Inspiring Mayberry, and Then Becoming It.

**Get Free E-mail Alerts on These Topics**

|  |  |
|---|---|
| Griffith, Andy | The Andy Griffith Show (TV Program) |
| Mount Airy (NC) | Television |

SAVE        EMAIL        SHARE

Sign In   My Account   SUBSCRIBE: Home Delivery / Digital / Gift Subscriptions

PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More

Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save

In the News    James Foley   Jay Nixon   Fareed Zakaria   Hashim Khan   Rick Perry

washingtonpost.com > Photo

## Pros and Cons of Reverse

🔾 reversemortgageguides.org

Reverse mortgages aren't right for everyone. Learn the downsides.

» THIS STORY:  READ + | WATCH +

## Traveling the Blue Ridge Parkway

The Washington Posts Nancy Trejos travels the Blue Ridge Parkway in honor of its 75th anniversary, stopping at different mile posts to meet the people of North Carolina.

Note: Please upgrade your Flash plug-in to view our enhanced content.

Network News    PROFILE  ✕

View More Activity

**TOOLBOX**
E-Mail This
Reprints

More on washingtonpost.com
· More Photo News
» washingtonpost.com

**THIS STORY**

**Take the slow road: Blue Ridge Parkway**
ARTICLE | The Washington Post's Nancy Trejos travels the Blue Ridge Parkway in honor of its 75th anniversary, stopping at different mile posts to meet the people of North Carolina.

**Details: Blue Ridge Parkway**

**Map: Blue Ridge Parkway in North Carolina**

Traveling the Blue Ridge Parkway

**Blue Ridge Summer Theatre Festival 2010: Here, they truly know how to set the stage**

» THIS STORY:  READ + | WATCH +

© 2010 www.washingtonpost.com

**SUBSCRIBE**

PostTV   Politics   Opinions   Local   Sports   National   World   Business   Tech   Lifestyle   Entertainment   Jobs

More ways to get us

Home delivery

Digital Subscription

Gift Subscription

Mobile & Apps

Newsletter & Alerts

Archive

RSS

Facebook

Twitter

Washington Post Live

Reprints & Permissions

Post Store

Photo Store

e-Replica

Contact Us

Help & Contact Info

Reader Representative

Digital Advertising

Newspaper Advertising

News Service & Syndicate

About Us

In the community

Careers

PostPoints

Newspaper in Education

Digital Publishing Guidelines

Partners

**washingtonpost.com**

Ad Choices

© 1996-2014 The Washington Post   Terms of Service   Privacy Policy   Submissions and Discussion Policy   RSS Terms of Service

russell hiatt - Google Search

https://www.google.com/search?q=russell+hiatt&biw=isch&tbo=u&source=univ&sa=X&ei=...



russell hiatt

Web    News    Videos    Images    Shopping    More ▾    Search tools

Sign in

Safesearch

Traveling the Blue Ridge Parkway
www.wazonproposal.com · 707 × 470 · Search by image
Russell Hiatt, left, gives Matthew Rastin or Missoon a haircut at Floyd's Barbershop.

Visit page    View image

Related images:





Workspace Webmail :: Compose - Mozilla Firefox

email03.secureserver.net/pcompose.php

Error saving draft

**From:** <pjmartin@judesbarbershop.com>

**To:**

**CC:**

**BCC:**                                                                    Hide BCC

**Subject:**                                                    **Priority:** Normal ▾

Add Attachment     Delete All Attachments

Sammy's Barbershop.png (1.2 MB remove)   Rudy's.png (2.4 MB remove)   Peculiar Barbershop.png (1.6 MB remove)
Blue Jay's Barb...Bar.png (1.6 MB remove)   The Barbershop.png (1.6 MB remove)   American Barbershop.png (2.3 MB remove)
Shorty's Barbershop.png (1.5 MB remove)   Jerdy's Barbershop.png (2.2 MB remove)   Flawless Barbershop.png (1.1 MB remove)
Barbershop St. ... NN.png (1.2 MB remove)   Jed's Barbershop.png (1 MB remove)   Gerardo's Class...hop.png (1.5 MB remove)
"Floyd's Barber...ati.png (609.3 KB remove)   "Floyd's Barber...tt2.png (1.6 MB remove)   Joes Barbershop.png (1.1 MB remove)
Cetana Salon Spa.png (2 MB remove)   The Den Salon.png (855.3 KB remove)   Tony's Barber Salon.png (1.8 MB remove)

Rich Text   Plain Text   Greeting Card

Verdana   ◂ 2 (10pt) ▸   ▾   A ▾   B I U | ≡ ≡ ≡ | ≡ ≡ ≡ ≡ | ≡ ≡ ≡ ≡ | 😊 💬 ▾ | 🔍 ✏️ 😊 💬 📄

**Attachment #1:** http://www.cetanasalonspa.com/index.html

**Attachment #2:** http://www.densalonib.com/behind-the-den-doors/our-salon/10111840

**Attachment #3:** http://blogs.courant.com/photo/cloe-poisson/

**Attachment #4 and #5:** http://www.washingtonpost.com/wp-dyn/content/article/2010/07
/01/AR2010070105994_2.html?sid=ST2010070203807

**Attachment #5:** http://www.yelp.com/biz_photos
/bNwIMFVhQfzlHi0VXX6S4A?select=Z3BBtqWNA2wblvPTBT1Feg#wsD-svyYMMxtqxkP32B00g

**Attachment #5:** http://wdtprs.com/blog/2010/02/barber-shop/

**Attachment #6:** http://www.ksl.com/?nid=1488sid=18133470

**Attachment #7:** http://www.yelp.com/biz_photos/pGHyYl4GrwSg-

email03.secureserver.net/pcompose.php

From: <pmartin@judesbarbershop.com>

Error saving draft

To:

CC:

BCC:

Hide BCC

Subject:

Priority: Normal ▼

Add Attachment    Delete All Attachments

⬐ Cetana Salon Spa.png (2 MB remove) ⬐ The Den Salon.png (855.3 KB remove) ⬐ Tony's Barber Salon.png (1.6 MB remove)
'Floyd' Barber...att.png (609.3 KB remove) ⬐ 'Floyd' Barber...it2.png (1.6 MB remove) ⬐ Joes Barbershop.png (1.1 MB remove)
Barbershop St... MN.png (1.2 MB remove) ⬐ Jed's Barbershop.png (1 MB remove) ⬐ Gerardo's Class...hop.png (1.5 MB remove)
Shortys Barbershop.png (1.5 MB remove) ⬐ Jerdy's Barbershop.png (2.2 MB remove) ⬐ Flawless Barbershop.png (1.1 MB remove)
Blue Jay's Barb...Bar.png (1.6 MB remove) ⬐ The Barbershop.png (1.6 MB remove) ⬐ American Barbershop.png (2.3 MB remove)
Sammy's Barbershop.png (1.2 MB remove)

Rich Text    Plain Text    Greeting Card

Verdana    ▾ 2 (10pt)    ▾    ▾ A ▾ ᵃᵇ⁄₀ ▾    B  I  U  ≡  ≡  ≡  ≡  ≡  ≡  ≡  ⅛  ⅜  ⅚  📷  😊  🙂  ☺

BAu3laYsw?select=1W6ovMNgO2aqhpP8g1RGvQ#0RbCoiO6b2lL_XMGmu8jQ

Attachment #8: http://shortysbarbershop.com/

Attachment #9: http://thegreatgodpanisdead.blogspot.com/2012_03_01_archive.html (Scroll almost to the
bottom for the article on Jerdy's.)

Attachment #10: http://www.youtube.com/watch?v=w2h_k48gX9k

Attachment #11: http://paisleysprouts.blogspot.com/2011/07/making-me-happy.html

Attachment #12: http://www.lalocamagazine.com/the-barbers-shop-cuts-old-school-with-an-edge/

Attachment #13:http://ie.cityvoter.com/american-barbershop/biz/100650

Attachment #14: http://archives.buffalorising.com/story/unique_spaces_sammys_barber_sh

Workspace Webmail :: Compose - Mozilla Firefox

email03.secureserver.net/pcompose.php

From: <pmartin@judesbarbershop.com>

To:

CC:

BCC:          Hide BCC

Subject:          Priority: Normal

Error saving draft

Add Attachment     Delete All Attachments

Cetana Salon Spa.png (2 MB remove)   The Den Salon.png (855.3 KB remove)   Tony's Barber Salon.png (1.8 MB remove)
"Floyds' Barber.. alt.png (609.3 KB remove)   "Floyds' Barber.. tt2.png (1.6 MB remove)   Joes Barbershop.png (1.1 MB remove)
Barbershop St. ... MM.png (1.2 MB remove)   Jed's Barbershop.png (1 MB remove)   Gerardo's Class...hop.png (1.5 MB remove)
Shortys Barbershop.png (1.5 MB remove)   Jerdy's Barbershop.png (2.2 MB remove)   Flawless Barbershop.png (1.1 MB remove)
Blue Jay's Barb...Bar.png (1.6 MB remove)   The Barbershop.png (1.6 MB remove)   American Barbershop.png (2.3 MB remove)
Sammy's Barbershop.png (1.2 MB remove)   Rudy's.png (2.4 MB remove)   Peculiar Barbershop.png (1.6 MB remove)
Bishops.png (1.9 MB remove)

Rich Text    Plain Text    Greeting Card

Verdana   2 (10pt)   A   B I U

Attachment #12: http://www.lalocamagazine.com/the-barbers-shop-cuts-old-school-with-an-edge/

Attachment #13: http://ie.cityvoter.com/american-barbershop/biz/100650

Attachment #14: http://archives.buffalorising.com/story/unique_spaces_sammys_barber_sh

Attachment #15: http://rudysbarbershop.com/about/

Attachment #16: http://www.merchantcircle.com/business/Peculiar.Barber.Shop.816-758-6150

Attachment #17: http://www.bishopsbs.com/



Workspace Webmail :: Compose - Mozilla Firefox

email03.secureserver.net/pcompose.php

Saving Draft...

**From:** <pmartin@judesbarbershop.com>

**To:**

**CC:**

**BCC:**                                                                                    Hide BCC

**Subject:**                                                                    **Priority:** Normal

Add Attachment          Delete All Attachments

Cetana Salon Spa.png (2 MB remove)    The Den Salon.png (855.3 KB remove)    Tony's Barber Salon.png (1.8 MB remove)
Floyds Barber...att.png (609.3 KB remove)    Floyds Barber...tt2.png (1.6 MB remove)    Joes Barbershop.png (1.1 MB remove)
Barbershop St. ... MN.png (1.2 MB remove)    Jed's Barbershop.png (1 MB remove)    Gerardo's Class...hop.png (1.5 MB remove)
Shortys Barbershop.png (1.5 MB remove)    Jerdy's Barbershop.png (2.2 MB remove)    Flawless Barbershop.png (1.1 MB remove)
Blue Jay's Barb...Bar.png (1.6 MB remove)    The Barbershop.png (1.6 MB remove)    American Barbershop.png (2.3 MB remove)
Sammy's Barbershop.png (1.2 MB remove)    Peculiar Barbershop.png (1.6 MB remove)
Bishops.png (1.9 MB remove)    SportsCenter Cuts.png (3.1 MB remove)    Rudy's.png (2.4 MB remove)    Sports Cuts Haircuts.png (1.5 MB remove)

Rich Text     Plain Text     Greeting Card

Verdana     ▾  2 (10pt)  ▾     A ▾  ab ▾  B  I  U  ≣ ≣ ≣ ≣ ≣ ≣ ≣ ≣ ≣ ≣ ≣ ∞ ▾ ⊞ 🖉 😊 ⟲ ▯

Attachment #15: http://rudysbarbershop.com/about/

Attachment #16: http://www.merchantcircle.com/business/Peculiar.Barber.Shop.816-758-6150

Attachment #17: http://www.bishopsbs.com/

Attachment #18: http://www.facebook.com/media/set/?set=a.335397967303033.77512.319566408127672&
type=3

Attachment #19: http://www.sportscutshaircuts.com/boxes.html

Attachment #20:









ckered floors... Just a fun place. Great vibe. And the owner was as cool as could be. If you ever find yourself in Enid, needing a haircut, definitely check out Bruce Jy's Barber Shop & Beauty Bar.

random recess cue top lowest a lowest weekend

▼ 2012 (53)
◄ 2011 (166)
▼ December (16)
▼ November (6)
▼ October (4)
▼ September (12)
▼ August (8)
◄ July (12)
recipe: lemon cookie's
status
fence means fence
mirror, mirror
a painted carcass
recipe: lunch & dinner
recipe: Odyssey zucchini zenchini enchiladas
taste test
into a productive sewing disaster
Saturday
9 months
taking me happy
recipe: fresh vegetable salad
out w/ the plants
▼ June (19)
▼ May (8)
▼ April (17)
▼ March (21)
▼ February (16)
▼ January (27)



## Inside The World Famous Flawless Barber Shop Corpus Christi TX

Uploaded by dapeoplesbarber on Jan 11, 2011

Here is a tour of the World Famous Flawless Barber Shop in Corpus Christi, TX if you are in the area make sure to come hit us up for that FLAWLESS CUT 361-992-66001 "WE THE BEST"

Show more

Uploader Comments ( dapeoplesbarber )

nice shop bro!!! im the owner of the best shop in indianapolis in.. D-loves

37 likes, 0 dislikes

12,616

**You Can Be The Best Barber In The World...**
by alsmillions
8,222 vie FEATURED VIDEO

**Sable wants to rub you... HARD**
by backyardgaming
225,542 views

**Mohawk**
by GWanStyles
36,913 views

**HOW TO EARN $100,000.00 A YEAR AS**
by defunlakesprings6
69,612 views

**Jay Major League 1st Place Platinum Shears**
by Majorleaguebarber203
72,359 views

**Fixing a messed up hair cut. By: Rick aka**
by dapeoplesbarber
17,127 views

**how to cut, hi top high skin fade HD /REAL**
by JohnTheBarber1
43,904 views

**Learn How To Do A Taper Fade Barber**



# Barber shop debate ends in opportunity for local artists

By Stephanie Grimes

November 18th, 2011 @ 11:23am

SALT LAKE CITY -- When a local barber shop was issued a cease and

This archived news story is available only for your personal, non-commercial use. Information in the story may be outdated or superseded by additional information. Reading or replaying the story in its archived form does not constitute a re-publication of the story.



Geoff Winningham, *Jerdy's Barber Shop, Port Arthur, Texas* 2004, Fuji Archive print (2007) from a 4x5 film negative, image size 15.25" x 19.75", uneditioned

Again in *Jerdy's Barber Shop* we have the idea of things pinned to a wall that reflect (or create) identity–in this case, the identity of a place. This is the barber shop as a place for men (see Stuart Davis's *Men Without Women*). The *Playboy* centerfolds on the wall speak to that. What strikes me about both this photo and the previous one is that the person who owns the space (presumably Jerdy in this case) is a collector of images. This is something I relate to, and presumably something Winningham relates to as well. In fact, collectors of images include compulsive wall-coverers like Jerdy, photographers like Winningham, art collectors, and people with Pinterest accounts. We may not have a lot in common otherwise, but this image-gathering compulsion is an important

dspace Webmail :: Mail Index :: B... · The Great God Pan is Dead: March 2012 × · Pandora Internet Radio - Listen to Fre...

misstead.blogspot.com/2012_03_archive.html

Cotton · Stan · ET · Ivan · Kent · EBL · WRD · Fuller · Allen · Zeel · BC · GH · Sag · WM · Cas · Port · Wash · Okemos · EP · CN · WL · Canton · TC

t2 hairdressing

Next · Previous · Highlight all · Match case · Phrase not found

Concord Console 1. · The Great God Pan is... · Downloads · The Great God Pan is... · Workspace Webmail ... · Shortys Barbershop ...

burns/wwl72/RWBoyd_2009/2012 blog/?action=view&current=8JerdysBarberShop.jpg ngham writes, "Jerdy





ONE on ONE Sports Barber Shop
July 30

Shalom Suniula, captain of USA 7's rugby team

Rachel Nolan, Chris Staunton, Whitley Leofa and 2 others like this.



Advertisement

**The 5 Stupid Things People Do When They Have Too Much Debt**

**What Happens When You Take a Testosterone Supplement**

**How Cruise Lines Fill All Those Unsold Cruise Cabins**

*Adventures by How* life **Works**

Mileposts 240 to 250

Russell/Floyd was perfectly happy to pose for pictures -- but not to cut hair. "It's my day off," he said.

Some people think of the Blue Ridge Parkway simply as a scenic byway. But the parkway has become an integral part of the Appalachian communities it cuts through, and many exhibits and structures along the road offer a glimpse of that history.

Mayberry -- Main Street -- which seems stuck in the 1950s, or at least in TV Land. The door to Floyd's Barber Shop, based on the one featured in Andy's show, was open, even though the shop was technically closed. Tourists walked in to snap photos of Floyd, in his 80s and still cutting hair. His name is not Floyd. It's Russell (Hiatt), but he owns the place, and he doesn't mind if you call him Floyd. After all, he renamed his City Barber Shop in honor of the show and sells magnets, T-shirts, anything with the name Mayberry on it. Other Main Street businesses do so as well, Russell pointed out to me, but he was the first.

Not far from the museum is the heart of Mayberry, Emmett Forest, Andy's childhood friend, was working the front desk. Andy named Mayberry's Emmett's Fix-It Shop after his buddy. Emmett showed me around, pointing out his and Andy's seventh-grade graduation photo. Then he led me to the "pride and joy" of the whole collection." They were two signs -- one said "Sheriff," the other "Justice of the Peace" -- that had hung on the set of the show, which was mostly filmed on a California studio lot.

Next door at the Andy Griffith Museum.

Slate HIGHLIGHTS

pregnancy
202 people recommend this.

A new study explores why soldiers commit suicide
306 people recommend this.

Why doom has not materialized
124 people recommend this.

Facebook social plugin

View More Activity

Niall Ferguson's Absurd Critique of The Obama...

- The Real Story of the Stimulus
- How Government Costs

lorising.com/story/unique_spaces_sammys_barber_sh

orkspace Webmail :: Mail Index :: B...  |  br Buffalo Rising | Unique Spaces: Sam...  ×  |  GetImageashx (JPEG Image, 1500 × 1...  |  P Pandora Internet Radio - Listen to Fre...  ×  |  +

Cotton  Stan  ET  Ivan  Kent  EBL  W/IO  Fuller  Allen  Zeel  BC  GH  Seg  WM  Cas  Port  Wash  Okemos  EP  CN  WL  Canton  TC

# BUFFALO RISING ONLINE

Monday Edition

SEARCH BUFFALO RISING ONLINE

Google Custom Search

**Search**   **Get News?**

The Gallery Shop

Albright-Knox Art Gallery

SPONSOR

CHANNEL SPONSOR

Gregg Merlihan
VP & Branch Manager

Username & Password

username

Sign In   Quick Register

## Buffalo Rising is Changing

We're working on building a new buffalorising.com and we anticipate we'll be ready to launch it before the holidays. It's been nearly 2 years since we launched the current...

Continue Reading

Front Page | City | Events | Art & Leisure | Yum!

## Unique Spaces: Sammy's Barber Shop

Print | story | story w/comments ) | Email This Article

Dec 23rd 2007, 10:34am   |   By buffalorising

By BRO Contributor, Don Nieman

Sammy wanted a paper route but there were none available. So, at age 15, through a friend of his





