Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

Reg. No. 3,467,850
Registered July 15, 2008

## United States Patent and Trademark Office

### SERVICE MARK
### PRINCIPAL REGISTER



FLOYD'S 99 HOLDINGS, LLC (COLORADO LTD LIAB CO)
4333 CHEROKEE STREET
DENVER, CO 80216

FOR: BARBER SHOP AND BEAUTY AND HAIR-DRESSING SALON SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 2-20-2001; IN COMMERCE 2-20-2001.

THE MARK CONSISTS OF THE DESIGN OF THE INTERIOR OF A BARBERSHOP ENCOMPASSING VAPOR LOCK LIGHTS IN METAL CAGES, PENDANT LIGHTING WITH EXPOSED BULBS, ME-CHANIC'S TOOL BOXES, STAINLESS STEEL COUNTERTOPS WITH CUT-INS AND CUT-OUTS, A VERTICAL WALL SIGN, AND A DISPLAY WALL FOR DISPLAYING MUSIC THEMED POSTERS. THE FEATURES SHOWN IN DOTTED LINES ARE NOT CLAIMED AS PART OF THE MARK AND ARE INTENDED ONLY TO SHOW THE POSITION OF SUCH FEATURES.

SEC. 2(F).

SER. NO. 78-742,462, FILED 10-28-2005.

MARTHA FROMM, EXAMINING ATTORNEY