UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FLOYD'S 99 HOLDINGS, LLC,
A Colorado limited liability company,

    Plaintiff,                                          Case No. 2: 12-cv-14696 GER PJK

                                                            Hon. Gerald Rosen

JUDE'S BARBERSHOP, INC.,
JUDES BARBERSHOP-OTTAWA, INC.
JUDE'S BARBERSHOP – CASCADE, INC.
JUDE'S BARBERSHOP – KALAMAZOO, INC.
JUDE'S BARBERSHOP – LANDSING DT, INC.
JUDE'S BARBERSHOP – LANDSING, INC.
JUDE'S BARBERSHOP – PORTAGE, INC.
Michigan corporations, and JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC, JBI-WEALTHY, LLC,
JBI-STANDALE, LLC, JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC, Michigan limited liability companies,
and THOMAS MARTIN,

    Defendants.

---

DECLARATION OF THOMAS MARTIN

---

Thomas Martin hereby declares under penalty of perjury the following:

1.    I am an officer and owner of the Jude's defendants.

2.    Jude's has removed the horizontal signs, pendant lighting, vapor lights in cages and stainless steel countertops with cut in cut outs from all its shops.

3.    At this time Jude's has removed the poster wall as described in the Settlement Agreement in eleven shops, intends to complete removal of seventeen by June 1, 2015 and intends to complete removal at all shops by September 11, 2015.

4.    I make this declaration on personal knowledge.

      5.      I am over the age of 18 and can competently testify to the statements in this affidavit if called upon to do so in court.

      Dated April 16, 2015

/s Thomas Martin

_____

Thomas Martin