# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

FLOYD'S 99 HOLDINGS, LLC,
A Colorado limited liability company,

       Plaintiff,                    Case No. 2:12-cv-14696

                                             Hon. Gerald Rosen

JUDE'S BARBERSHOP, INC.,
JUDES BARBERSHOP-OTTAWA, INC.
JUDE'S BARBERSHOP – CASCADE, INC.
JUDE'S BARBERSHOP – KALAMAZOO, INC.
JUDE'S BARBERSHOP – LANSING DT, INC.
JUDE'S BARBERSHOP – LANSING, INC.
JUDE'S BARBERSHOP – PORTAGE, INC.
Michigan corporations, and JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC, JBI-WEALTHY, LLC,
JBI-STANDALE, LLC, JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC, Michigan limited liability companies,
and THOMAS MARTIN,

       Defendants.

---

## STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

**IT IS STIPULATED & AGREED** by the parties that all claims that Plaintiff brought or could have brought in this action are dismissed with prejudice. It is further stipulated that there are no costs or attorneys' fees awarded to any party.

/s/ William Jones_____
Counsel for Plaintiff

/s/ James Jablonski_____
Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

FLOYD'S 99 HOLDINGS, LLC,
A Colorado limited liability company,

          Plaintiff,                        Case No. 2:12-cv-14696

v.                                        Hon. Gerald Rosen

JUDE'S BARBERSHOP, INC.,
JUDES BARBERSHOP-OTTAWA, INC.
JUDE'S BARBERSHOP – CASCADE, INC.
JUDE'S BARBERSHOP – KALAMAZOO, INC.
JUDE'S BARBERSHOP – LANSING DT, INC.
JUDE'S BARBERSHOP – LANSING, INC.
JUDE'S BARBERSHOP – PORTAGE, INC.
Michigan corporations, and JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC, JBI-WEALTHY, LLC,
JBI-STANDALE, LLC, JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC, Michigan limited liability companies,
and THOMAS MARTIN,

          Defendants.
_____

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

At a session of the U.S. District Court, E.D. Michigan,
held in Detroit, Michigan on April __, 2015

          PRESENT: HON.     _____

United States District Court Judge

The parties having stipulated to this Order and the Court being otherwise fully advised:

      **IT IS ORDERED** that all claims that Plaintiff brought or could have brought in this action are dismissed with prejudice. It is further stipulated that there are no costs or attorneys' fees awarded to any party.

                                _____

                                Hon. Gerald Rosen