UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FLOYD'S 99 HOLDINGS, LLC,
A Colorado limited liability company,

       Plaintiff,                               Case No. 2:12-cv-14696

v.                                                 Hon. Gerald Rosen

JUDE'S BARBERSHOP, INC.,
JUDES BARBERSHOP-OTTAWA, INC.
JUDE'S BARBERSHOP – CASCADE, INC.
JUDE'S BARBERSHOP – KALAMAZOO, INC.
JUDE'S BARBERSHOP – LANSING DT, INC.
JUDE'S BARBERSHOP – LANSING, INC.
JUDE'S BARBERSHOP – PORTAGE, INC.
Michigan corporations, and JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC, JBI-WEALTHY, LLC,
JBI-STANDALE, LLC, JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC, Michigan limited liability companies,
and THOMAS MARTIN,

       Defendants.
_____

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

      The parties having stipulated to this Order and the Court being otherwise fully advised:

      **IT IS ORDERED** that all claims that Plaintiff brought or could have brought in this action are dismissed with prejudice. It is further stipulated that there are no costs or attorneys' fees awarded to any party.

Dated:  May 11, 2015                 _s/Gerald E. Rosen_____
                                        Hon. Gerald Rosen